## BLAND v. SCHOTT.

In attachment. The writ commanded the sheriff to attach the de-
fendant, by h.s lands, &c., that he be and appear at the circuit court,
&c., without any clause of summons. Nor did the sheriff in his re-
turn say any thing of having summoned the defendant. On the
hearing, the attachment, for certain reasons, was dissolved. Held
that, there having been no summons in assumpsit, the court did not
err in dismissing the suit.

C. H. Allen, for appellant.

U. Wright, for appellee.

Opinion delivered by McGIRK, Judge.

Bland brought an attachment declaring, in assumpsit,
against Schott.

The writ commands the sheriff to attach the defend-
ant by his goods, lands, &c., that he be and appear to
answer the plaintiff his demand. The sheriff returned
the writ attaching some goods, &c., but did not summon
the defendant; nor did he in his return say any thing on
that point. The counsel for Schott moved the court to
dissolve the attachment, for causes in the motion stated,
which the court did; and the court also dismissed the suit.

Mr. C. H. Allen, counsel for the plaintiff, contends the
court had no power to dismiss the suit, but insists that
the action of assumpsit should have been allowed to
stand, and that the court, though it might dissolve the
attachment, cannot dismiss a suit without cause, and
none can be supposed to exist, and the judgment of
dismissal must be reversed.

In attachment.
The writ com-
manded the sher-
iff to attach the
defendant, by his
lands, &c , that
he be and appear
at the cir. ct. &c.,
without any
clause of sum-
mons. Nor did
the sheriff in his
return say any
thing of having
summoned the
defendant. On
the hearing, the
attachment, for
certain reasons,
was dissolved.

APRIL TERM,
1838.

Held that, there
having been no
summons in as-
sumpsit, the court
did not err in dis-
missing the suit.

On the other side, the counsel contended, that if it were true in this case that there had been a summons in assumpsit, the court would be doing wrong to dismiss the suit because the attachment was dissolved. But in this case there is no summons nor clause of summons. I am well satisfied the fact is so. The writ commands the sheriff to attach the defendant, by his lands, &c., that he be and appear at the circuit court, &c. This language does not amount to a command to the sheriff to summon any one. It is therefore clear, the attachment being gone, nothing remained; and if the court had not dismissed the cause, nothing could ever have been made out of it; no further proceeding could have taken place. I am therefore of opinion there was good cause to dismiss the suit.

The judgment is affirmed, with costs, the other judges concurring herein.